IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD DRAUGHN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:25-cv-03662-JDW |
| | : | |
| **NORRISTOWN STATE HOSPITAL,** *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 19th day of August, 2025, upon consideration of Plaintiff Reginald Draughn's Motion to Proceed In Forma Pauperis (ECF No. 4) and his *pro se* Amended Complaint (ECF No. 5), it is **ORDERED** that the Motion to Proceed *In Forma Pauperis* is **DENIED AS MOOT** because Mr. Draughn has paid the fees to commence this civil action.

It is **FURTHER ORDERED** that the Complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the accompanying Memorandum as follows:

    a.    Mr. Draughn's claims against Norristown State Hospital and all official capacity claims are **DISMISSED WITH PREJUDICE**.

    b.    All remaining claims are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that the Clerk Of Court shall terminate Norristown State Hospital and "Charge Nurse Jula" (who was not named in the amended complaint) as Defendants in this matter.

Mr. Draughn may file a second amended complaint on or before September 19, 2025. Any second amended complaint must identify all defendants in the caption of the in addition to identifying them in the body of the second amended complaint and shall state the factual basis for Mr. Draughn's claims against each defendant. This means Mr. Draughn must explain what role each defendant played in the event giving rise to his claims. The second amended complaint shall be a complete document that does not rely on the initial Complaint, Amended Complaint or other papers filed in this case to state a claim. When drafting his second amended complaint, Mr. Draughn should be mindful of the reasons that I dismissed the claims, as explained in the accompanying Memorandum. Upon the filing of a second amended complaint, the Clerk shall not make service until I so order.

The Clerk Of Court shall send Mr. Draughn a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing civil action number for this case. Mr. Draughn may use this form to file his second amended complaint if he chooses to do so.

If Mr. Draughn does not wish to amend and instead intends to stand on his Amended Complaint as originally pled, he may file a notice with the Court on or before

September 19, 2025, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Amended Complaint," and shall include the civil action number for this case.

If Mr. Draughn fails to file any response to this Order, I will conclude that Mr. Draughn intends to stand on his Amended Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**
