**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **REGINALD DRAUGHN,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:25-cv-03662-JDW** |
| | : | |
| **NORRISTOWN STATE** | : | |
| **HOSPITAL,** *et al.*, | : | |
| **Defendants.** | : | |

<u>**ORDER**</u>

AND NOW, this 23rd day of October, 2025, upon review of Plaintiff Reginald Draughn's *pro se* Second Amended Complaint (ECF No. 16), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Mr. Draughn's pending Motions To Vacate (ECF Nos. 11, 17, and 21) and Motions To Dismiss (ECF Nos. 13 and 15) are **DENIED AS MOOT**. To the extent Mr. Draughn seeks to challenge his involuntary commitment at Norristown State Hospital, he must do so through a petition for writ of habeas corpus rather than a § 1983 action. To the extent Mr. Draughn seeks dismissal of the criminal charges against him for violation of the Pennsylvania Rules Of Criminal Procedure, he must pursue that relief in the Chester County Court Of Common Pleas, not here.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua Wolson*

**JOSHUA D. WOLSON, J.**